Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gunn, Diane D | Case Number: 06 B 01586 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 2/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 24, 2008
Confirmed: April 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 86,193.63 |  |
| Secured: |  | 66,158.11 |
| Unsecured: |  | 0.00 |
| Priority: |  | 10,847.36 |
| Administrative: |  | 1,529.20 |
| Trustee Fee: |  | 4,365.22 |
| Other Funds: |  | 3,293.74 |
| Totals: | 86,193.63 | 86,193.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,529.20 | 1,529.20 |
| 2. | Wells Fargo Home Mortgage | Secured | 44,956.08 | 44,956.08 |
| 3. | Rogers & Hollands Jewelers | Secured | 2,002.03 | 2,002.03 |
| 4. | Wells Fargo Home Mortgage | Secured | 28,986.25 | 19,200.00 |
| 5. | Internal Revenue Service | Priority | 39,001.87 | 10,847.36 |
| 6. | Jefferson Capital | Unsecured | 595.48 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 16,534.52 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 14,657.30 | 0.00 |
| 9. | Rogers & Hollands Jewelers | Unsecured | 0.96 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 1,127.10 | 0.00 |
| 11. | Nicor Gas | Unsecured | 1,716.96 | 0.00 |
| 12. | Chicago Area Fed Credit Union | Unsecured | 11,430.28 | 0.00 |
| 13. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 15. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Southwest | Unsecured |  | No Claim Filed |
| 20. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 21. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 22. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 23. | Alt Debt Port | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 162,538.03 | $ 78,534.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gunn, Diane D

Printed:  6/24/08

Case Number:  06 B 01586
Judge:  Wedoff, Eugene R
Filed:  2/21/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 574.07 |
| 5% | 494.05 |
| 4.8% | 948.59 |
| 5.4% | 2,134.42 |
| 6.5% | 214.09 |
|  | _____ |
|  | $ 4,365.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

